UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SAMANTHA LAMB | § | |
| | § | |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| TCI OF ALABAMA, LLC AND OSCAR SANCHEZ | § § § | JURY DEMANDED |

### NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

TCI of Alabama, LLC, defendant in the above-styled and numbered cause, hereby removes to this Court the state action described below pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446. In support of the removal and in accordance with the requirements of 28 U.S.C. § 1446, Defendant states as follows:

1. Defendant is a defendant in a civil action brought on December 4, 2023, in the County Court at Law No. Two of Nueces County, Texas. The suit arises out of an automobile accident in Nueces County. Pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Defendant removes this action to the United States District Court for the Southern District of Texas, Corpus Christi Division, which is the judicial district and division in which the action is pending.

2. On December 4, 2023, a civil action was commenced in the County Court at Law No. Two of Nueces County, Texas, entitled *Samantha Lamb v. TCI of Alabama, LLC, and Oscar Sanchez;* Cause No. 2023CCV-61531-2. Plaintiff's Original Petition seeks personal injury damages based on allegations of negligence and *respondeat superior*. A copy of Plaintiff's Original Petition is attached to the Civil Docket Sheet and State Court Documents Index.

3. On December 11, 2023, Defendant received service of citation and Plaintiff's Original Petition, via service upon its registered agent for service of process as permitted by the state court. Defendant filed its Original Answer in State Court on January 8, 2024.

4. This notice of removal includes copies of the documents required by 28 U.S.C. § 1446(a) and Local Rule 81 of the United States District Court, Southern District of Texas, as listed below:

- All executed process in this case;

- Pleadings asserting causes of action and all answers to such pleadings, including Plaintiff's Original Petition and Defendant's Original Answer;

- All orders signed by the state judge (no orders have been signed as of the date of this removal);

- Clerk's Docket Sheet from Cause No. 2023CCV-61531-2, styled *Samantha Lamb v. TCI of Alabama, LLC, and Oscar Sanchez*, pending in Nueces County, at Law No. Two;

- An Index of Matters Being Filed with this Notice of Removal; and,

- A List of Counsel of Record, including addresses, telephone numbers, and parties represented.

## JURISDICTION AND VENUE

5. The action is a civil action of which this Court has original jurisdiction under Title 28 U.S.C. § 1332(a)(1) (Diversity Jurisdiction). Further, this proceeding may be removed to this Court pursuant to Title 28 U.S.C. § 1441. Complete diversity of citizenship exists among the parties and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. Plaintiff contends in her original complaint that she is a citizen of the State of Texas. See Plaintiff's Original Petition at ¶ II.1.

7. Plaintiff avers in her original complaint that Defendant TCI of Alabama, LLC is a foreign limited liability company with its principal place of business in Montgomery, Alabama. *See* Plaintiff's Original Petition at ¶ II.3. Defendant timely filed its answer in the State Court Original Petition.

8. Plaintiff avers in her original complaint that Defendant Oscar Sanchez is an individual who resides in Windermere, Florida. As of the filing of this Notice of Removal Defendant Oscar Sanchez has not been served with citation in the State Court proceedings.

9. Venue is proper in the Southern District of Texas, Corpus Christi Division, because this district and division embrace the place in which the action is pending. *See* 28 U.S.C. § 1441(a). Specifically, Plaintiff alleges injuries and damages arising from an automobile accident which occurred on or about March 30, 2023, in Corpus Christi, Nueces County, Texas. See Plaintiff's Original Petition at ¶ IV.1.

10. The amount in controversy exceeds the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00), exclusive of interest and costs, as evidenced by Plaintiff's Original Petition wherein counsel for Plaintiff states that "Plaintiff seeks monetary relief of **OVER ONE MILLION DOLLARS ($1,000,000.00)** or more for her damages, inclusive of interest and costs." See Plaintiff's Original Petition at ¶ VIII.2.

11. Defendant TCI of Alabama, LLC was served with service of process executed on its registered agent for service on December 11, 2023. This Notice of Removal is being filed on January 8, 2024. Accordingly, this Notice of Removal is timely filed within 30 days of the receipt of Plaintiff's Original Petition in State Court by Defendant TCI of Alabama, LLC and within one year of the commencement of this suit. *See* 28 U.S.C. § 1446(b).

12. The State Court docket does not reflect that Defendant Oscar Sanchez has received service of citation in the State Court proceedings. Therefore, he has not yet entered an appearance.

13. Additionally, this Court possesses original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the action had originally been brought in federal court. Accordingly, Defendant may properly remove the State Court action pursuant to 28 U.S.C. § 1441.

13. Pursuant to 28 U.S.C. § 1446(d), Defendant will file a copy of this notice of removal with the clerk of the state court where the suit has been pending and serve Plaintiff promptly.

14. Plaintiff demanded jury trial in the state court suit. Defendant has acknowledged Plaintiff's jury demand and requests that Plaintiff provide competent evidence of her claims and causes of action, either in a jury trial or in proceedings before the bench in accordance with the Federal Rules of Civil Procedure.

15. The filing of this notice, along with the filing of the notice in the state court and service of the notice upon Plaintiff's counsel serves immediately to confer exclusive jurisdiction of this cause upon this Court, divesting the state court of jurisdiction over these proceedings and Plaintiff's claims as asserted in her cause of action, and any related claims.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant TCI of Alabama, LLC, prays that the above-styled action now pending in the County Court at Law No. Two of Nueces County, Texas, be removed to this Honorable Court pursuant to the Court's diversity jurisdiction, that upon final trial, judgment be rendered that Plaintiff take nothing by her suit against Defendant TCI of Alabama, LLC, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

By:    /s/ Patrick R. Kasperitis
Patrick R. Kasperitis, Attorney-in-Charge
State Bar No. 11105270; Fed. ID No. 12594
611 S. Upper Broadway
Corpus Christi, Texas 78401
361-883-1594
888-707-7072 Telecopy
pat@dcklawyers.com
**ATTORNEY-IN-CHARGE FOR DEFENDANT, TCI OF ALABAMA, LLC**

OF COUNSEL:
DUNN, COFFEY & KASPERITIS, P.C.

## CERTIFICATE OF SERVICE

I, Patrick R. Kasperitis, do hereby certify that a true and correct copy of the foregoing instrument was forwarded in accordance with the Federal Rules of Civil Procedure on this the 8th day of January, 2024, to the following:

Arnold McAdams
**BANDAS LAW FIRM, P.C.**
802 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
amcadams@bandaslawfirm.com
*Counsel for Plaintiff*

  /s/ *Patrick R. Kasperitis*
Patrick R. Kasperitis