# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| SAMANTHA LAMB,<br><br>          Plaintiff,<br><br>vs.<br><br>TCI OF ALABAMA, LLC AND OSCAR SANCHEZ,<br><br>          Defendants. | Civil Action No. 2:24-cv-00006<br><br>Jury Trial Demanded |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff SAMANTHA LAMB, and by way of this Amended Complaint in the above-captioned matter, allege and show unto this Honorable Court the following:

## PARTIES, SERVICE, JURISDICTION AND VENUE

1. Plaintiff SAMANTHA LAMB is a resident of Nueces County, Texas.

2. Defendant, TCI of ALABAMA LLC is a corporate resident of Alabama.

3. Defendant, OSCAR SANCHEZ, is a resident of Florida.

4. Defendant, ROBBIE D. WOOD INC. is a corporate resident of Alabama.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over the lawsuit through diversity of citizenship and venue is proper in the Western District of Texas as the claim arose within the district. Additionally, Plaintiff's damages exceed the $75,000.00 minimal amount in controversy such that this Court has jurisdiction.

## FACTS

6. On or about March 30, 2023, Plaintiff SAMANTHA LAMB was operating a 2015 Mazda CX-5 in a lawful manner. Plaintiff was in the right lane of 4900 Leopard Street, turning right onto N. Navigation Blvd., when suddenly, violently, and without warning, Defendant, OSCAR SANCHEZ, who was operating a 2013 Kenworth and was in the left lane of 4900 Leopard Street, attempting to make the same right turn with no turn signal on, striking the Plaintiff's vehicle.

7. The 2013 Kenworth vehicle was owned by Defendant OSCAR SANCHEZ.

8. Defendant ROBBIE D. WOOD INC. was the corporate carrier of the 2013 Kenworth vehicle driven by Defendant OSCAR SANCHEZ.

9. The trailer was owned by TCI of ALABAMA LLC.

10. As a result of this collision, Officer Samuel Aboytes with the Corpus Christi Police Department was called to the scene and found OSCAR SANCHEZ to be the at-fault driver.

11. Plaintiff SAMANTHA LAMB suffered significant injuries from the impact.

## FIRST CAUSE OF ACTION

12. The Defendants' negligence was a proximate cause of Plaintiff's injuries and damages. At all times relevant to this case, OSCAR SANCHEZ was acting within the scope of his employment and in his capacity as an agent, apparent agent, servant and/or employee of ROBBIE D. WOOD, INC. and/or TCI of ALABAMA LLC.

13. ROBBIE D. WOOD, INC. and/or TCI of ALABAMA LLC. Are liable for the negligent conduct of their agent, apparent agent, servant and/or employee, OSCAR SANCHEZ, under the legal doctrine of *Respondeat Superior*.

14. On the occasion in question, OSCAR SANCHEZ owed a duty to use reasonable ordinary care in the operation of the vehicle he was driving on behalf of ROBBIE D. WOOD, INC.

and/or TCI of ALABAMA LLC. OSCAR SANCHEZ operated his vehicle in a negligent manner, in violation of his duty to Plaintiff, by failing to exercise ordinary care in the operation of the vehicle in one or more of the following:

a. In operating said vehicle in a careless and reckless manner;

b. In failing to ensure that the area around the vehicle was clear prior to making the turn;

c. In failing to keep a proper lookout;

d. In failing to keep said vehicle under reasonable and proper control;

e. In failing to pay full time and attention.

## DAMAGES

15. Each and all of the above stated acts and/or omissions constitute negligence and/or *negligence per se* and the same are a proximate cause of serious injuries sustained by the Plaintiff.

16. As a result of Plaintiff's injuries, SAMANTHA LAMB, has suffered the following damages:

   i. Physical pain and mental anguish in the past and future;

   ii. Physical impairment in the past and future;

   iii. Medical expenses in the past and future;

   iv. Loss of wages in the past and future; and

   v. Property Damage, including loss of use.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, SAMANTHA LAMB, prays that Defendants, OSCAR SANCHEZ, ROBBIE D. WOOD, INC. and TCI of ALABAMA LLC be cited in terms of law to appear and answer herein; that upon final trial hereof, the Plaintiff has judgment against the Defendants for all damages, punitive damages, legally recoverable pre-

judgment and post-judgment interest, all costs of court, and any other further relief to which Plaintiff may show himself justly entitled.

## JURY DEMAND

Plaintiff hereby respectfully requests a trial by jury. The jury fee has been tendered.

Respectfully submitted,

By:   */s/ Arnold McAdams*
Arnold McAdams
Federal Bar No. 3767311
Texas State Bar No. 24107234
BANDAS LAW FIRM, P.C.
802 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
Telephone: (361) 698-5200
Facsimile: (361) 698-5222
E-mail: amcadams@bandaslawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served to all counsel of record as listed below on this the 5th day of April 2024.

Patrick R. Kasperitis, Attorney-in-Charge
State Bar No. 11105270;
Fed. ID No. 12594
611 S. Upper Broadway
Corpus Christi, Texas 78401
361-883-1594
888-707-7072 Telecopy
pat@dcklawyers.com
ATTORNEY-IN-CHARGE FOR DEFENDANT,
TCI OF ALABAMA, LLC.

*/s/ Arnold McAdams*
Arnold McAdams