# MACDONALD DEVIN MADDEN
# KENEFICK HARRIS

**BEN N. ROEDER**
*Of Counsel*

Direct | 281.598.8732
broeder@macdonalddevin.com

777 Post Oak Blvd., Suite 700
Houston, Texas 77056

www.macdonalddevin.com

September 4, 2024

Arnold McAdams                                           Via Email: amcadams@bandaslawfirm.com
Bandas Law Firm
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78401

      Re:    2:24-CV-00006; Samantha Lamb v. TCI of Alabama, LLC et al; In the United States District Court, Southern District of Texas, Corpus Christi Division

Dear Arnold:

    Please let this correspondence serve as our formal agreement pursuant to the Federal Rules and Local Rule LR83.5 that counsel is granting an extension of time to respond to interrogatories and requests for production propounded on Defendants Oscar Sanchez and Robbie D. Wood, Inc.

    The parties have agreed that the discovery responses are due by September 30, 2024.

    Please indicate your agreement by acknowledging below.

                                       Sincerely,

                                       /s/ *Ben N. Roeder*

                                       Ben N. Roeder

BNR/rcs

Arnold McAdams
Counsel for Plaintiff, Samantha Lamb

*/s/Arnold McAdams*
_____

