**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **SAMANTHA LAMB,** | **Civil Action No. 2:24-cv-00006** |
| **Plaintiff,** | |
| **vs.** | **Jury Trial Demanded** |
| **TCI OF ALABAMA, LLC** *et al.* | |
| **Defendants.** | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Samantha Lamb, Plaintiff, in the above-styled cause and file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41 (a)(1)(ii).

1.      Plaintiff is Samantha Lamb.

2.      Defendants are TCI of Alabama, LLC, Oscar Sanchez, and Robbie D. Wood Inc.

3.      On December 4, 2023, Plaintiff sued Defendant TCI of Alabama, LLC and Oscar Sanchez. On April 5, 2024, plaintiff sued Defendant Robbie D. Wood Inc.

4.      Defendants TCI of Alabama, LLC, Oscar Sanchez, and Robbie D. Wood, Inc., who have answered, agree to this dismissal.  The parties further agree that each party will bear its own costs and expenses.

5.      This case is not a class action.

6.      A receiver has not been appointed in this action.

7.      This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

8.      Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9.      This dismissal as to all Defendants is with prejudice and disposes of all causes of action and all parties to this lawsuit and is final.

Respectfully submitted,

By:     **/s/ Arnold McAdams**
Arnold McAdams
Texas State Bar No. 24107234
Federal Bar No. 3767311
BANDAS LAW FIRM, P.C.
802 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
Telephone: (361) 698-5200
Facsimile: (361) 698-5222
amcadams@bandaslawfirm.com
***Attorney for Plaintiff***

And

By:     */s/Patrick Kasperitis (signed with permission)*
Patrick R. Kasperitis
State Bar No. 11105270
Fed. ID No. 12594
Dunn, Coffey & Kasperitis, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 883-1594
Facsimile: (888) 707-7072
Pat@dcklawyers.com
***Attorney for Defendant TCI of Alabama, LLC***

And

By:     */s/Ben Roeder (signed with permission)*
Wade R. Quinn
Southern Dist. No. 10917
TBA No. 16433600
Ben N. Roeder
Southern Dist. No. 428545
TBA No. 17156600
Macdonald Devin Madden Kenefick & Harris, P.C.
777 Post Oak Boulevard, Suite 700
Houston, Texas 77056

Telephone: (713) 570-9000
wquinn@macdonalddevin.com
broeder@macdonalddevin.com
***Attorneys for Defendants Oscar Sanchez and Robbie
D. Wood, Inc.***

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this instrument was forwarded in the manner described below on this 19th day of March, 2025.

**Via E-Service:**
Patrick R. Kasperitis
Dunn, Coffey & Kasperitis, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
Pat@dcklawyers.com
*Attorney for Defendant TCI of Alabama, LLC*

**Via E-Service:**
Wade R. Quinn
Ben N. Roeder
Macdonald Devin Madden Kenefick & Harris, P.C.
777 Post Oak Boulevard, Suite 700
Houston, Texas 77056
wquinn@macdonalddevin.com
broeder@macdonalddevin.com
*Attorneys for Defendants Oscar Sanchez and Robbie D. Wood, Inc.*

*/s/ Arnold McAdams*
Arnold McAdams