United States District Court
Southern District of Texas
**ENTERED**
March 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SAMANTHA LAMB, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00006 |
| | § | |
| TCI OF ALABAMA, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (D.E. 43). The Court hereby deems the stipulation effective. (D.E. 43); Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Court **ORDERS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        March 20, 2025